UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

-vs-

Case No. 97-CR80995
HON. DENISE PAGE HOOD

SCOTT KUERBITZ D-14,

Defendants.
_____
FREDERICK M. TOCA, JR. (P56608)
Attorney for Plaintiff
30500 Northwestern Hwy., Ste. 500
Farmington Hills, MI. 48334
(248) 737-1891
_____



## MOTION FOR RELEASE OF LIEN

NOW COMES Defendant, SCOTT KUERBITZ, by and through his attorney, FREDERICK M. TOCA, JR., and in support of his instant Motion states unto this Honorable Court as follows:

1. That Defendant has paid all outstanding fines, costs and parole fees associated with this matter.

2. That Defendant has complied with all terms of his sentence and his parole, with no violations whatsoever.

3. That as a result of his sentence in this matter and pending payment of outstanding fines, a lien was placed on Defendant's real property.

4. That upon payment of all fines and costs associated with this matter,

the lien on Defendant's property should have been released.

5. That Defendant is attempting to sell his home, however with the lien in place, cannot do so.

WHEREFORE Plaintiff prays that this Honorable Court grant his Motion.

Respectfully submitted,

Date: May 27, 2005

_____
FREDERICK M. TOCA, JR. (P56608)
Attorney for Defendant
30500 Northwestern Hwy., Ste. 500
Farmington Hills, MI. 48334
(248) 737-1891

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-

        Case No. 97-CR80995
        HON. DENISE PAGE HOOD

SCOTT KUERBITZ D-14,

        Defendants.
_____/

FREDERICK M. TOCA, JR. (P56608)
Attorney for Plaintiff
30500 Northwestern Hwy., Ste. 500
Farmington Hills, MI. 48334
(248) 737-1891

## NOTICE OF HEARING

TO:   Mr. Craig Morford
       United States Attorney
       211 W. Fort St., Ste. 2001
       Detroit, Michigan 48226

**PLEASE TAKE NOTICE** that Motion for Release of Lien will be brought on for Hearing on a date and time to be set by the Court, before the Honorable Denise Page Hood, at the United States District Court, Eastern District of Michigan, 231 W. Lafayette, Detroit, Michigan or as soon thereafter as Counsel may be heard.

Date: May 27, 2005

                              FREDERICK M. TOCA, JR. (P56608)
                              Attorney for Defendant
                              30500 Northwestern Hwy., Ste. 500
                              Farmington Hills, MI. 48334
                              (248) 737-1891

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

Case No. 97-CR80995
HON. DENISE PAGE HOOD

SCOTT KUERBITZ D-14,

    Defendants.

___

FREDERICK M. TOCA, JR. (P56608)
Attorney for Plaintiff
30500 Northwestern Hwy., Ste. 500
Farmington Hills, MI. 48334
(248) 737-1891

___

## PROOF OF SERVICE

**NICOLE DAVIS**, being first duly sworn, deposes and states that on the 27th day of May, 2005, she served copies of: **Motion for Release of Lien, Notice of Hearing** and **Proof of Service** which the originals are annexed hereto, upon:

    Mr. Craig Morford
    United States Attorney
    211 W. Fort St., Ste. 2001
    Detroit, Michigan 48226

relative to the above-entitled matter, by carefully enclosing same in a envelope plainly addressed to said party and depositing same in a United States Post Office in the City of Farmington Hills with postage fully prepaid.

                                                                     **Nicole M. Davis**