**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

Civil Action No. 97-80995-14

UNITED STATES OF AMERICA,

District Judge: HOOD
Magistrate Judge: KOMIVES

v.

SCOTT KUERBITZ,
_____/

**ORDER RENDERING DEFENDANT'S MOTION FOR RELEASE OF LIEN WITHDRAWN**

This matter is before the Court on the above-titled motion. On **8/26/05**, counsel for the moving party advised the Court that the motion had been resolved by the parties. Therefore, DEFENDANT'S MOTION FOR RELEASE OF LIEN is deemed WITHDRAWN.

**SO ORDERED**.

Dated:  August 31, 2005

s/Paul J. Komives
PAUL J. KOMIVES
UNITED STATES MAGISTRATE JUDGE

**Copies sent by U. S. Mail and or electronic means this date to counsel of record:**